7

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*HAR-VEST*

§
§
§

*versus*

§

CIVIL ACTION  B-97-159

§

*Great American Ins.*

§
§
§

United States District Court
Southern District of Texas
FILED

**SEP 17 1998**

## Order Resetting Hearing

Michael N. Milby, Clerk of Court

The hearing set _____9-22-98_____ has been reset to:

_____9-29-98_____,

at _____10:00 a_____.m.

Signed on _____Sep, 17_____, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

**SEP 18 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Hilda G. Tagle
United States District Judge