9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HARVEST, a Texas General Partnership § § § | |
| vs. § § | CIVIL ACTION NO. B97-159 |
| GREAT AMERICAN INSURANCE COMPANIES, AMERICAN NATIONAL FIRE INSURANCE COMPANY and ALBERT J. HENSZ, JR. d/b/a TEXAS CROP INSURANCE § § § § § | |

## ORDER

On this day came **SHIRLEY J. GRAY**, and by motion duly filed herein requested the Court to grant his Motion to appear at the Initial Pretrial Hearing scheduled herein for September 30, 1998 at 10:00 A.M. on behalf of **JAIME A. DRABEK**, attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY** Motion to Appear in these proceedings is hereby **GRANTED**.

SIGNED: _September 29_, 1998.

_____
JUDGE PRESIDING