United States District Court
Southern District of Texas
ENTERED
OCT 15th 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HAR-VEST, a Texas General Partnership | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 97-159 |
| | § | |
| GREAT AMERICAN INSURANCE | § | |
| COMPANIES, AMERICAN NATIONAL | § | |
| FIRE INSURANCE COMPANY, and | § | |
| ALBERT J. HENSZ, JR. d/b/a TEXAS | § | |
| CROP INSURANCE | § | |
| Defendants | § | |

## ORDER SUBSTITUTING ATTORNEY IN CHARGE

The Motion and Affidavit of M. Bradford Sanders of the Law office of Sanders & Helbling for Substitution of Attorney in Charge, pursuant to Local Rule 1K, having been considered by this Court, finds that the Motion is proper and that M. Bradford Sanders is an attorney in good standing in the United States District court for the Southern District of Ohio and the Eastern District of Missouri. It is therefore,

ORDERED that M. Bradford Sanders be allowed to appear before this Court and be substituted as Attorney in Charge in the above-captioned cause on behalf of Great American Insurance Company and American National Fire Insurance Company and in place of Jaime A. Drabek of the Law Firm of Drabek & Associates. It is further

ORDERED that Jaime A. Drabek of the law firm of Drabek & Associates may appear as local counsel on behalf of Great American Insurance Companies and American National Fire Insurance Company as may be necessary.

It is so ordered this 14 day of October, 1998.

_____
DISTRICT JUDGE PRESIDING