*15*

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
NOV 1 9 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Harvest

§
§
§
§
§

versus        CIVIL ACTION  9M-159

Great Americans

## Order Setting Hearing

(motion)

1. A hearing will be held before Judge Hilda G. Tagle on:

   __12-1_____, 1998

   at __1:30____ _p_..m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16. (motion to Refer Arbitration)

Signed on __November 18_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.