18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HAR-VEST, a Texas General Partnership §<br>Plaintiff §<br>§<br>§<br>VS. §<br>§<br>GREAT AMERICAN INSURANCE §<br>COMPANIES, AMERICAN NATIONAL §<br>FIRE INSURANCE COMPANY, and §<br>ALBERT J. HENSZ, JR. d/b/a TEXAS §<br>CROP INSURANCE §<br>Defendants § | CIVIL ACTION NO. <u>97-159</u> |

## ORDER

On this day came, **SHIRLEY J. GRAY,** and by motion duly filed herein requested the Court to grant her Motion to appear at the Initial Pretrial Conference scheduled herein for December 1, 1998, at 1:30 P.M. on behalf of , **M. BRADFORD SANDERS** attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY**'s Motion to Appear in these proceedings is hereby **GRANTED.**

SIGNED this <u>1st</u> day of December, 1998.

_____
JUDGE PRESIDING