25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HAR-VEST, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-97-159 |
| GREAT AMERICAN INS. COS., ET AL., | § § § | |
| Defendants. | § | |

## Order

BE IT REMEMBERED that on January 19, 1999, the Court considered Plaintiff HAR-VEST's motion for leave to file motion for order of arbitration (Dkt. No. 20) and Defendants GREAT AMERICAN INS. COS. and AMERICAN NATIONAL FIRE INS. CO.'s motion for leave to amend answer (Dkt. No. 23).

1. Plaintiff's motion for leave (Dkt. No. 20) is GRANTED.

2. The Clerk of the Court is instructed to file Plaintiff's motion for order of arbitration, filed as Exhibit A to their motion for leave, as a separate instrument.

3. Defendants GREAT AMERICAN INS. COS. and AMERICAN NATIONAL FIRE INS. CO.'s motion for leave to amend answer (Dkt. No. 23) is DENIED at this time. Defendants may re-urge the motion, if necessary, at a later date.

DONE at Brownsville, Texas, this 19th day of January 1999.

Hilda G. Tagle
United States District Judge