27

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HAR-VEST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-159 |
| | § | |
| GREAT AMERICAN INS. COS., ET AL., | § | |
| | § | |
| Defendants. | § | |

**Order**

BE IT REMEMBERED that on January 19, 1999, the Court considered Plaintiff HAR-VEST's motion for order of arbitration (Dkt. No. 26). After having been apprised that the parties were unsuccessful in their attempt to settle this action and after review of the entire case file, the Court GRANTS Plaintiff's motion for arbitration and STAYS this cause of action pending arbitration.

Despite the strong federal policy favoring arbitration, a party's right to arbitrate may be waived. *Frye v. Paine, Weber, Jackson & Curtis, Inc., etc. et al.*, 877 F.2d 396, 398 (5th Cir. 1989). In determining waiver, a Court will consider whether the party seeking arbitration substantially invokes the judicial process to the detriment or prejudice of the other party. *Id.*

In the instant case, Plaintiff filed the action in state court on May 16, 1997. Defendants subsequently removed the action to this court on July 18, 1997. After filing a joint discovery/case management plan, parties announced at a scheduled hearing on September 29, 1998 that they would meet to discuss a settlement. On December 28, 1998, Plaintiff HAR-VEST informed the Court that settlement negotiations were unsuccessful and requested an order for arbitration (Dkt. No. 20).

Based on the limited amount of discovery conducted and posture of the current action, the Court finds that Plaintiff HAR-VEST has not waived its right to arbitrate.

THEREFORE, the Court ORDERS THE PARITIES TO ARBITRATION and STAYS THE CURRENT CAUSE OF ACTION pending arbitration.

DONE at Brownsville, Texas, this 19th day of January 1999.

_____
Hilda G. Tagle
United States District Judge