

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HAR-VEST, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-97-159 |
| GREAT AMERICAN INS. COS., ET AL., | § | |
| Defendants. | § | |

### Order

BE IT REMEMBERED that on April 26, 1999, the Court considered Defendants GREAT AMERICAN INS. COS. and AMERICAN NAT'L FIRE INS. CO.'s motion for reconsideration (Dkt. No. 28). After considering the motion, Plaintiff HAR-VEST's response, and the entire case file, the Court GRANTS the motion for reconsideration.

On January 20, 1999, the Court ordered this case to arbitration and denied Defendants' motion for leave to file amended answer and counterclaim. The Court, however, specified that Defendants would be allowed to re-urge the motion if necessary. Defendants GREAT AMERICAN and AMERICAN NATIONAL now re-urge their motion to file a counterclaim.

The Court GRANTS Defendants GREAT AMERICAN and AMERICAN NATIONAL's motion to file counterclaim. Defendants' counterclaim will be referred to arbitration for consideration with the ongoing case now before the American Arbitration Association. The Defendants are instructed to file their counterclaim with the Clerk of the Court within seven days of this order.

DONE at Brownsville, Texas, this _26_ day of April 1999.

_____
Hilda G. Tagle
United States District Judge